PETER MARTINS, as Administrator of the Estate of CAR-
ROLL H. MARTINS, Deceased, Respondent, *v.* LOUIS
C. GERKEN et al., Appellants.

*Appeal — order setting aside verdict and granting new trial — affirmance
by Appellate Division by divided court — appeal without permission
to Court of Appeals dismissed.*

*Martins* v. *Gerken*, 206 App. Div. 664, appeal dismissed.
(Submitted October 19, 1923; decided November 20, 1923.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
April 27, 1923, which affirmed an order of the court at
a Trial Term setting aside a verdict in favor of plaintiff
as inadequate and granting a new trial in an action to
recover for the death of plaintiff's intestate alleged to
have been caused by the negligence of defendants.

*Henry C. Frey* and *William F. Ryan* for appellants.
*Charles B. McLaughlin* and *Wallace S. Fraser* for
respondent.

Appeal dismissed, with costs; no opinion.
Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
MCLAUGHLIN, CRANE and ANDREWS, JJ.